U.S. DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURIE LABONIA | : | CASE NO: 3:01 CV 02399 (MRK) |
|     Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| DORAN ASSOCIATES, LLC, ET AL. | : | |
|     Defendant | : | OCTOBER 31, 2003 |

### DEFENDANTS DORAN ASSOCIATES & CHRISTIAN SHELTON'S
### MOTION FOR SUMMARY JUDGMENT

Defendants Doran Associates d/b/a Gardenside Terrace and Christian Shelton hereby move pursuant to Fed. R. Civ. P. 56 and Local Rule 9(c) for summary judgment as to plaintiff's entire complaint, on the following grounds: (1) plaintiff has failed to raise a genuine issue of material fact in support of Count One of her complaint (as narrowed by the Court's dismissal order of May 30, 2002) against Doran Associates, which alleges gender discrimination, sexual harassment, disability discrimination, and unlawful retaliation under federal law; (2) plaintiff has failed to raise a genuine issue of material fact in support of Count Two of her complaint against Doran Associates, which alleges gender discrimination, sexual harassment, disability discrimination, and unlawful retaliation under Connecticut law; (3) plaintiff has failed to raise a genuine issue of material fact in support of Count Two of her complaint against Mr. Shelton, which alleges unlawful retaliation under Connecticut law; and (4) if the Court grants summary judgment as to the federal claims against Doran Associates, it should decline to exercise supplemental jurisdiction over the remaining state law claims.

      Support for this motion is contained in the accompanying memorandum of law and exhibits.

ORAL ARGUMENT REQUESTED

2

DEFENDANTS
DORAN ASSOCIATES AND
CHRISTIAN SHELTON


_____
Andrew A. Cohen, ct 07124
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
(203) 787-7000

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed postage prepaid via first class mail on this 31st day of October 2003 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Willams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Phone: 562-9931
Fax: 776-9494

Nicole J. Anker, Esq.
Bingham Dana
One State Street
Hartford, CT 06103-3178
Phone: 860-240-2700
Fax: 860-240-2818

David Casey, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Phone: 617-951-8000
Fax: 617-951-8736

                                                _____
                                                Andrew A. Cohen