UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURIE LABONIA | CASE NO. 3:01CV02399(MRK) |
| v. | |
| DORAN ASSOCIATES, LLC., ET AL. | NOVEMBER 25, 2003 |

FILED NOV 26 2:15 PM '03 U.S. DISTRICT COURT NEW HAVEN, CONN.

## JOINT MOTION FOR EXTENSION OF TIME

Defendants Doran Associates, LLC d/b/a Gardenside Terrace, Christian B. Shelton, Compass Group USA, Inc. and Dan Pellechia hereby jointly move pursuant to Local Rule 9(b) for a 10-day extension of time, through December 23, 2003, in which to file their reply memoranda in support of their motions for summary judgment. Counsel for plaintiff does not object to the granting of such an extension. Good cause exists for such an extension because of: (1) difficulties posed by the Thanksgiving weekend and associated travel plans; (2) the trial and litigation schedule of counsel for Doran and Shelton; and (3) the fact that Nicole Anker, the associate primarily responsible for this file on behalf of defendants Compass and Pellechia, is moving to another law firm on December 5.

This is the first request for an extension of this deadline.

DEFENDANTS DORAN ASSOCIATES, LLC
d/b/a GARDENSIDE TERRACE & CHRISTIAN
B. SHELTON

By: _____
Andrew A. Cohen, ct07124
Letizia, Ambrose & Falls, P.C.
One Church St.
New Haven, CT 06510
(203) 787-7000

1

DEFENDANTS
COMPASS GROUP USA, INC. &
DAN PELLECHIA

By: /s/ N. Anker /mc
David C. Casey
Nicole Anker, ct20110
Bingham McCutchen LLP
One State St.
Hartford, CT 06103

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 25th day of November, 2003 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
51 Elm St.
New Haven, CT 06510

_____
Andrew A. Cohen