## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURIE LABONIA, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   NO. 3:01CV2399 (MRK) |
| | : |
| DORAN ASSOCIATES, LLC, ET AL. | : |
| | : |
| Defendants. | : |

### ORDER

Defendants' Joint Motion For Extension Of Time (Doc. #66), dated November 25, 2003, is hereby **GRANTED**. Defendants will file their reply memoranda in support of their motions for summary judgment on or before December 23, 2003.

IT IS SO ORDERED.

/s/    Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: December 4, 2003.