UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURIE LABONIA,<br>    Plaintiff<br><br>v.<br><br>DORAN ASSOCIATES, LLC, et al<br>    Defendant | Civil Action No.<br>301CV2399(RNC)<br><br><br>December 9, 2003 |

### APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the Defendant, Compass Group USA, Inc., d/b/a Bateman Food Service, and for the Defendant, Daniel Pellechia.

        THE DEFENDANTS,
        COMPASS GROUP USA, INC. d/b/a BATEMAN
        FOOD SERVICE and DANIEL PELLECHIA


By _____Kimberly M. White_____
    Kimberly M. White [ct24375]
    **Bingham McCutchen LLP**
    One State Street
    Hartford, CT 06103
    (860) 240-2700
    (860) 240-2818 – fax
    Their Attorney

CTDOCS:1570302.1

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance has been forwarded this 9th day of December, 2003 via facsimile and first-class mail, postage prepaid, to the following counsel of record:

John R. Williams, Esq.
Dawne Westbrook, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Andrew A. Cohen, Esq.
Letizia, Ambrose & Cohen, P.C.
One Church Street
New Haven, CT 06510

*Kimberly M. White*
Kimberly M. White