UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURIE LABONIA,<br>      Plaintiff<br><br>v.<br><br>DORAN ASSOCIATES, LLC, et al<br>      Defendant | Civil Action No.<br>301CV2399(RNC)<br><br><br>December 9, 2003 |

## COMPASS GROUP'S AND DANIEL PELLECHIA'S RESPONSES TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS

Pursuant to D. Conn. L. R. Civ. P. 56, Defendants Compass Group USA, Inc. ("Compass") and Daniel Pellechia ("Mr. Pellechia") (collectively, "Compass Defendants") hereby respond to Plaintiff's Statement of Material Facts dated November 17, 2003 as follows:

1. Compass Defendants deny the first sentence. As for the second sentence, the Compass Defendants lack the necessary information to admit or deny it, and therefore leave Plaintiff to her proof.

2. Compass Defendants admit that Plaintiff was terminated on or about December 14, 2000. The remainder of the sentence is denied.

3. Compass Defendants lack the necessary information to admit or deny paragraph 3 and therefore leave Plaintiff to her proof.

4. Admitted.

CTDOCS:1568259.2

5.  As Compass Defendants were not Plaintiff's employer, they lack the necessary information to admit or deny paragraph five. Compass Defendants, however, deny that Mr. Pellechia behaved in an abusive or harassing manner towards the women on the wait staff (or any other employees at the Gardenside Terrace facility), or called them names and treated them in a condescending manner.

6.  Compass Defendants admit that Plaintiff and Mr. Pellechia had an argument regarding the heat in the kitchen on or about December 3, 2000. The remainder of the paragraph is denied.

7.  As Compass Defendants were not Plaintiff's employer, they lack the necessary information to admit or deny paragraph seven. They, therefore, leave Plaintiff to her proof.

8.  Compass Defendants admit that Plaintiff complained to the Branford Police Department about Mr. Pellechia. Compass Defendants deny that this complaint was made "soon after her return to work" as it was filed over one month after Plaintiff returned to work.

9.  Compass Defendants lack the necessary information to admit or deny paragraph nine and therefore leave Plaintiff to her proof.

10. Compass Defendants admit that Plaintiff was called by the Director of Dining Services who informed her that she was fired. Compass Defendants, however, deny that this phone call was made after Plaintiff complained to the Branford Police Department.

11. Compass Defendants lack the necessary information to admit or deny the first sentence of paragraph 11 and therefore leave Plaintiff to her proof. As for the second sentence,

Compass Defendants admit that Plaintiff did physically visit the Branford Police Department to file a complaint against Mr. Pellechia.  As for the third sentence, Compass Defendants deny that Plaintiff filed her complaint with the Branford Police Department against Mr. Pellechia before the termination of her employment.

12. Compass Defendants lack the necessary information to admit or deny paragraph 12 and therefore leave Plaintiff to her proof.

13. Denied.

14. Denied.

15. Compass Defendants lack the necessary information to admit or deny paragraph 15 and therefore leave Plaintiff to her proof.  Compass Defendants, however, deny that Mr. Pellechia behaved in an abusive, harassing, or discriminating manner towards the women on the wait staff (or any other employees at the Gardenside Terrace facility).

16. Denied.

THE DEFENDANTS,
COMPASS GROUP USA, INC. and DANIEL
PELLECHIA


By *Kimberly M. White*
    Kimberly M. White [CT 24375]
    **Bingham McCutchen LLP**
    One State Street
    Hartford, CT 06103
    (860) 240-2700
    (860) 240-2818 (fax)
    Their Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing has been forwarded this 9th day of December, 2003 via certified mail, postage prepaid, to the following counsel of record:

John R. Williams, Esq.
Dawne Westbrook, Esq.
Williams and Pattis, LLC
51 Elm Street - Suite 409
New Haven, CT 06510

Andrew Cohen
Letizia, Ambrose & Cohen, P.C.
One Church Street
New Haven, CT 06510

*Kimberly M. White*
Kimberly M. White