UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURIE LABONIA, | : | |
|     Plaintiff | : | CIVIL ACTION NO. |
| | : | 301CV2399(MRK) |
| v. | : | |
| | : | |
| DORAN ASSOCIATES, LLC et al, | : | |
|     Defendants. | : | December 11, 2003 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw her appearance on behalf of Defendants, Compass Group USA INC. ("Compass") and Daniel Pellechia ("Pellechia"). There is good cause for the Court to grant this Motion because the undersigned has resigned from her position with Bingham McCutchen LLP. Defendants will continue to be represented in this action by David Casey, Esq. of Bingham McCutchen LLP who previously entered his appearance in this action and Kimberly White, Esq. of Bingham McCutchen LLP who is admitted to this Court and has entered her appearance. A copy of her appearance is attached hereto.

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion.

                                             Nicole J. Anker (CT20110)
                                             BINGHAM McCutchen LLP
                                             One State Street
                                             Hartford, CT  06103-3178
                                             Tel.: (860) 240-2700
                                             Fax: (860) 240-2818

CTDOCS:1570102.1

## CERTIFICATION

This is to certify that a copy of the foregoing Motion has been served this 12th day of December 2003, via first-class mail, postage prepaid, upon the following counsel of record:

John Williams, Esq.
Dawne Westbrook, Esq.
Williams and Pattis, LLC
51 Elm Street – Suite 409
New Haven, CT 06510

Andrew Cohen, Esq.
Letizia, Ambrose & Cohen, P.C.
One Church Street
New Haven, CT 06510

*[signature]*
Nicole J. Anker

-2-

CTDOCS:157010 2.1