U.S. DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURIE LABONIA<br>Plaintiff | CASE NO: 3:01 CV 02399 (MRK) |
| V. | |
| DORAN ASSOCIATES, LLC, ET AL.<br>Defendant | DECEMBER 23, 2003 |

RESPONSES OF DEFENDANTS DORAN ASSOCIATES & SHELTON TO
PLAINTIFF'S STATEMENT OF MATERIAL FACTS

Pursuant to Local Rule of Civil Procedure 56, Defendants Doran Associates, LLC and Christian Shelton respond as follows to Plaintiff's Statement of Material Facts dated November 17, 2003 as follows:

1. Deny. Plaintiff complained about Mr. Pellechia's behavior but never complained about sexual harassment. See Defendants' Statement of Material Facts ¶¶ 24-40.

2. Deny, except to admit that plaintiff was terminated on December 14, 2000. See Defendant's Statement of Material Facts ¶¶ 79-116.

3. Admit that plaintiff received two wage increases but deny that she had performance evaluations.

4. Admit.

5. Deny. Plaintiff complained about Mr. Pellechia's behavior but never complained about sexual harassment. See Defendants' Statement of Material Facts ¶¶ 24-40.

6. Deny, except to admit that on November 3, 2000, plaintiff and Mr. Pellechia had an argument. See Defendants' Statement of Material Facts ¶¶ 41-47.

7. Deny.

8. Deny, except to admit that plaintiff complained to the Branford Police Department about Mr. Pellechia on December 14, 2000. See Defendants' Statement of Material Facts ¶¶ 106-07.

9. Lack the necessary information to admit or deny paragraph 9 and leave plaintiff to her proof.

10. Deny, except to admit that Jean Rivas, the new Director of Dining Services, called plaintiff to inform her that she was fired; defendants specifically deny that this phone call was made after plaintiff complained to the Branford Police Department, or after defendants were made aware of any such complaint. See Defendants' Statement of Material Facts ¶¶ 106-16.

11. Deny, except to admit that plaintiff complained to the Branford Police Department about Mr. Pellechia on December 14, 2000, and specifically deny that plaintiff filed her complaint with the Branford Police Department against Mr. Pellechia before the termination of her employment. See Defendants' Statement of Material Facts ¶¶ 106-16.

12. Deny.

13. Deny. See Defendants' Statement of Material Facts ¶¶ 82-85.

14. Deny. See Defendants' Statement of Material Facts ¶¶ 16-34.

15. Deny. See Defendants' Statement of Material Facts ¶¶ 24-40.

16. Deny.

DEFENDANTS
DORAN ASSOCIATES AND
CHRISTIAN SHELTON

_____
Andrew A. Cohen, ct 07124
Letizia, Ambrose & Falls, P.C.
One Church Street
New Haven, CT 06510
(203) 787-7000

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed postage prepaid via first class mail on this 23rd day of December 2003 to all counsel and pro se parties of record as follows:

John R. Williams, Esq.
Willams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Phone: 562-9931
Fax: 776-9494

Kimberly White
Bingham McCutchen LLP
One State Street
Hartford, CT 06103-3178
Phone: 860-240-2700
Fax: 860-240-2818

David Casey, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726
Phone: 617-951-8000
Fax: 617-951-8736

Andrew A. Cohen