UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURIE LABONIA,<br>Plaintiff | Civil Action No.<br>301CV2399(MRK) |
| v. | |
| DORAN ASSOCIATES, LLC, et al<br>Defendant | December 23, 2003 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the Defendant, Compass Group USA, Inc., d/b/a Bateman Food Service, and for the Defendant, Daniel Pellechia.

THE DEFENDANTS,
COMPASS GROUP USA, INC. d/b/a BATEMAN
FOOD SERVICE and DANIEL PELLECHIA

By _Deborah S. Freeman_
Deborah S. Freeman [ct05257]
**Bingham McCutchen LLP**
One State Street
Hartford, CT 06103
(860) 240-2700
(860) 240-2818 – fax
Their Attorney

CTDOCS:1572242.1

## CERTIFICATION

I hereby certify that a copy of the foregoing Appearance has been forwarded this 23rd day of December, 2003 via first-class mail, postage prepaid, to the following counsel of record:

John R. Williams, Esq.
Dawne Westbrook, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Andrew A. Cohen, Esq.
Letizia, Ambrose & Cohen, P.C.
One Church Street
New Haven, CT 06510

*Deborah S. Freeman*
Deborah S. Freeman

CTDOCS:1572242.1