UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Jan 6  2 26 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| LAURIE LABONIA,<br>      Plaintiff<br><br>v.<br><br>DORAN ASSOCIATES, LLC, et al<br>      Defendant | Civil Action No.<br>301CV2399(MRK)<br><br><br><br>January 5, 2004 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the Defendant, Compass Group USA, Inc., d/b/a Bateman Food Service, and for the Defendant, Daniel Pellechia.

THE DEFENDANTS,
COMPASS GROUP USA, INC. d/b/a BATEMAN
FOOD SERVICE and DANIEL PELLECHIA

By *Kimberly M. White*
Kimberly M. White [ct24375]
**Bingham McCutchen LLP**
One State Street
Hartford, CT 06103
(860) 240-2700
(860) 240-2818 – fax
Their Attorney

CTDOCS:1570302.1

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance has been forwarded this 5th day of January 2004 via facsimile and first-class mail, postage prepaid, to the following counsel of record:

John R. Williams, Esq.
Dawne Westbrook, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Andrew A. Cohen, Esq.
Letizia, Ambrose & Cohen, P.C.
One Church Street
New Haven, CT 06510

                                                    _Kimberly M. White_
                                                    Kimberly M. White

CTDOCS:1570302.1