## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURIE LABONIA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  3:01CV2399 (MRK) |
| | : | |
| DORAN ASSOCIATES, LLC, ET AL. | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Attorney Nicole J. Anker's Motion To Withdraw Appearance on behalf of defendants Compass Group USA INC. and Daniel Pellechia [doc. #70], dated December 11, 2004, is hereby **GRANTED**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: January 9, 2004.