HONORABLE: **M.R. Kravitz** (mhrg. January 10, 2002)
DEPUTY CLERK **K. Ghilardi**   RPTR/ERO/TAPE **Thea**

TOTAL TIME: ___ hours ___ minutes

DATE **Feb 12, 2004**   START TIME **10:15**   END TIME **11:50**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

**Labonia**

CIVIL NO. **3:01cv2399MRK**

vs.

**Doran Assoc., LLC et al**

Plaintiffs Counsel: **Christy Doyle**

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Defendants Counsel: **David Casey**, **Andrew A. Cohen**

## COURTROOM MINUTES - CIVIL (check one box)

- ☒ (mhrgh) Motion Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (stlmthrg.) Settlement Hearing
- ☐ (mischrg.) Miscellaneous Hearing

### MOTION DOCUMENT NO.

| | Doc # | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| ☒ | #57 | For Summary Judgment | ☐ | ☐ | ☒ |
| ☒ | #60 | For Summary Judgment | ☐ | ☐ | ☒ |

Oral Motion ___
Oral Motion ___
Oral Motion ___
Oral Motion ___

☐ Brief(s) due ___   ☐ Proposed Findings due ___   Response due ___

Hearing continued until ___ at ___