UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURIE LABONIA | : | |
| | : | |
| VS. | : | NO. 3:01CV2399 (MRK) |
| | : | |
| DORAN ASSOCIATES, ET AL. | : | FEBRUARY 12, 2004 |

# **A P P E A R A N C E**

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for the plaintiff,

        LAURIE LABONIA.

        _____
        Christy H. Doyle
        Williams and Pattis, LLC
        51 Elm Street, Suite 409
        New Haven, CT 06510
        203.562.9931
        FAX: 203.776.9494
        Federal Bar No. ct23458
        Her Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing was sent via first class mail, postage prepaid, on February 12, 2004, to the following counsel of record:

| | |
|---|---|
| Andrew A. Cohen, Esq.<br>Letizia, Ambrose & Cohen, P.C.<br>One Church Street<br>New Haven, CT 06510 | Attorney Kimberly White<br>Bingham Dana LLP<br>One State Street<br>Hartford, CT 06103-3178 |

_____
Christy H. Doyle