UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURIE LABONIA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 3:01CV2399 (MRK) |
| | : | |
| DORAN ASSOCIATES, LLC, ET AL. | : | |
| | : | |
| Defendants. | : | |

**RULING AND ORDER**

The parties having appeared before the Court on February 12, 2004 for oral argument on the Defendants Compass Group and Daniel Pellachia's Motion For Summary Judgment [doc. # 57] and on the Defendants Doran Associates and Christian Shelton's Motion For Summary Judgment [doc. #60] in the above-captioned matter, for the reasons set forth in open court the following is hereby ordered:

1) The Defendants' motions for summary judgment [doc. ##57, 60] are GRANTED IN PART with respect Count One of the Complaint [doc. #1] insofar as Count One asserts claims against the Defendants under the Americans With Disabilities Act;

2) Compass Group and Daniel Pellachia's Motion For Summary Judgment [doc. #60] is GRANTED IN PART with respect to Plaintiff's Title VII claims under Count One and Plaintiff's Connecticut Fair Employment Practices Act claim under Count Two of the Complaint;

3) Defendant Shelton's Motion for Summary Judgment [doc. # 57] is GRANTED

1

and judgment may enter for Defendant Shelton on all remaining claims against him for the reasons set forth in Judge Chatigny's May 30, 2003 Ruling on Doran Associates, LLC and Christian Shelton's Motion To Dismiss [doc. # 18];

4) In all other respects, Defendants' motions for summary judgment [doc. ## 57, 60] are taken under advisement;

5) By **February 20, 2004**, defendants shall file their supplemental briefs regarding the issues raised in open court. Plaintiff shall respond to defendants' supplemental briefs by **March 5, 2004**.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
                U.S.D.J.

Dated at New Haven, Connecticut: <u>February 12, 2004</u>.