# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| **LAURIE LABONIA,** : | | |
| Plaintiff : | | **Civil Action No.** |
| : | | **301CV2399(MRK)** |
| v. : | | |
| : | | |
| **DORAN ASSOCIATES, LLC, et al** : | | |
| Defendant : | | **May 21, 2004** |
| : | | |

## APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the Defendant, Compass Group USA, Inc., d/b/a Bateman Food Service, and for the Defendant, Daniel Pellechia.

                                      **THE DEFENDANTS,**
                                      **COMPASS GROUP USA, INC. d/b/a BATEMAN**
                                      **FOOD SERVICE and DANIEL PELLECHIA**

                               By   /s/ Rebecca L. Bouchard
                                   Rebecca L. Bouchard [ct25481]
                                   **Bingham McCutchen LLP**
                                   One State Street
                                   Hartford, CT 06103
                                   (860) 240-2700
                                   (860) 240-2818 – fax
                                   rebecca.bouchard@bingham.com
                                   Their Attorney

CTDOCS:1588772.1

**CERTIFICATION**

I hereby certify that a copy of the foregoing Appearance has been forwarded this 21st day of May 2004 via facsimile and first-class mail, postage prepaid, to the following counsel of record:

John R. Williams, Esq.
Dawne Westbrook, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Andrew A. Cohen, Esq.
Letizia, Ambrose & Cohen, P.C.
One Church Street
New Haven, CT 06510

               /s/ Rebecca L. Bouchard
              Rebecca L. Bouchard