UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURIE LABONIA, | : | |
| Plaintiff | : | Civil Action No. |
| | : | 301CV2399(MRK) |
| v. | : | |
| | : | |
| DORAN ASSOCIATES, LLC, et al | : | |
| Defendant | : | May 21, 2004 |
| | : | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned respectfully moves to withdraw her appearance on behalf of Defendant, Compass Group USA, Inc., d/b/a Bateman Food Service, and for the Defendant, Daniel Pellechia.  There is good cause for the Court to grant this Motion because the undersigned has resigned from her position with Bingham McCutchen LLP.  The defendant will continue to be represented in this action by David Casey, Esq., who previously entered his appearance in this action and Rebecca Bouchard, Esq. of Bingham McCutchen LLP who is admitted to this Court and has attached her appearance hereto for filing.

CTDOCS:1588773.1

-2-

WHEREFORE, the undersigned respectfully requests that the Court grant this Motion.

                                                  **THE DEFENDANTS,
COMPASS GROUP USA, INC. d/b/a
BATEMAN FOOD SERVICE and DANIEL
PELLECHIA**

                                                  __/s/ Kimberly M. White
Kimberly M. White (CT24375)
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT  06103-3178
Tel.:  (860) 240-2700
Fax:  (860) 240-2818
kimberly.white@bingham.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing Motion has been served this 21st day of May 2004, via first-class mail, postage prepaid, upon the following counsel of record:

John R. Williams, Esq.
Dawne Westbrook, Esq.
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

Andrew A. Cohen, Esq.
Letizia, Ambrose & Cohen, P.C.
One Church Street
New Haven, CT 06510

           /s/ Kimberly M. White
     Kimberly M. White

CTDOCS:1588773.1