UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURIE LABONIA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 3:01CV2399 (MRK) |
| | : | |
| DORAN ASSOCIATES, LLC, ET AL. | : | |
| | : | |
| Defendants. | : | |

### ORDER

Attorney Kimberly M. White's Motion To Withdraw Appearance on behalf of defendants Compass Group USA, Inc. and Daniel Pellechia [doc. #84], dated May 21, 2004, is hereby **GRANTED**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz     
United States District Judge

Dated at New Haven, Connecticut: June 14, 2004.