UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LAURIE LABONIA | : | |
| VS. | : | 3:01CV02399(MRK) |
| DORAN ASSOC, LLC, ET AL | : | JULY 27, 2004 |

## MOTION FOR PERMISSION TO WITHDRAW

The undersigned respectfully requests permission to withdraw from the above- captioned complaint.  In support of said motion, the undersigned has left the employment of the law firm of Williams and Pattis, LLC as of July 12, 2004.

Respectfully submitted,

  /s/ Christy H. Doyle_____
Christy H. Doyle
65 Wethersfield Ave
Hartford, CT 06114
860-249-1361
FAX: 860-249-7665
Federal Bar No. ct23458
Her Attorney

ORAL ARGUMENT IS NOT REQUESTED

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 27th day of July, 2004.

Nicole J. Anker
Brown, Raysman, Millsten, Felder & Steiner
CityPlace II
185 Asylum Street, 10th Floor
Hartford, CT 06103

Rebecca L. Bouchard
Bingham McCutchen
One State Street
Hartford, CT 06103

Andrew A. Cohen
Letizia, Ambrose & Cohen
One Church Street
New Haven, CT 06510

_____
Christy H. Doyle