## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURIE LABONIA, | : |
| Plaintiff, | : |
| v. | : NO. 3:01CV2399 (MRK) |
| DORAN ASSOCIATES,<br>CHRISTIAN B. SHELTON,<br>COMPASS GROUP USA INC dba<br>BATEMAN FOOD SERVICES,<br>DAN PELLECCHIA | : |
| Defendants. | : |



### JUDGMENT

This matter came on for consideration on defendants' Motions for Summary Judgment before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions and on August 25, 2004, entered a Memorandum of Decision on the defendants Motion for Summary Judgment granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 26th of August, 2004.

KEVIN F. ROWE, CLERK

Kenneth R. Ghilardi
Deputy Clerk

EOD: 8/27/04